**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **DAMON HOWZE,** | ) | |
| | ) | |
| **PETITIONER** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 10-492-P-H** |
| | ) | |
| **PATRICIA BARNHART, WARDEN,** | ) | |
| **MAINE STATE PRISON,** | ) | |
| | ) | |
| **RESPONDENT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On March 21, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Amended Recommended Decision on 28 U.S.C. § 2254 Petition. The petitioner filed his objection to the Recommended Decision on April 6, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's request for 28 U.S.C. § 2254 relief is **DENIED**.

Finally, I find that no certificate of appealability shall issue in the event the petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

**SO ORDERED.**

**DATED THIS 13TH DAY OF APRIL, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**